UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANOTA LOIS APT,

                Plaintiff,

  - against -

GEM CHECK CASHING CORP.,

                Defendant.
------------------------------------------------------------X

04 Civ-5117

**STIPULATION OF
DISMISSAL**

      The parties hereby STIPULATE and AGREE that all claims and causes of action in the above captioned case be and hereby are dismissed with prejudice and without costs to any party except as set forth in the Settlement Agreement between the parties dated June 3, 2005.

_____
Martin J. Coleman, Esq. (MJC 7945)
Attorney for Plaintiff
48 South Service Rd., Suite 100
Melville, New York 11747
(631) 465-2101

_____
Neil Johnston, Esq. (NJ 3112)
Johnston & Johnston, LLP
Attorneys for Defendant
Gem Check Cashing Corp.
611 Broadway
New York, New York 10012
(212) 505-1515

So Ordered: June 23, 2005  _____
                                        U.S.D.J.